LAW OFFICES OF
# ROBERT L. GELTZER
1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

May 17, 2011

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Attn: Clerk of the Court

   Re: 1ST ROCHDALE COOP GROUP LTD - CASE NO. 05-12086 (SCC)

Dear Sir/Madam:

  Enclosed herewith please find Trustee's Statement of Unpaid Distribution Check(s) and estate check #1013 in the amount of $50.18, which represents the balance of funds held by the Trustee.

  As always, I thank you for your courtesy and attention to this matter. With kind regards, I remain

            Sincerely,

            Robert L. Geltzer

Enclosure(s)

cc: Danny Choy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

1ST ROCHDALE COOP GROUP LTD,

Debtor.

Chapter 7

Case No. 05-12086 (SCC)

## STATEMENT OF UNPAID DISTRIBUTION CHECKS

TO: THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT L. GELTZER, the Trustee herein, respectfully represents and alleges:

1. On or about April 23, 2010, a final distribution was made to the creditors of the estate of 1ST ROCHDALE COOP GROUP LTD.

2. More than ninety (90) days have elapsed since the distribution of these checks and the Trustee finds that a certain check has not cleared the Trustee's account.

3. The Trustee has a current net balance of $50.18. Subjoined as Schedule "A" is a list of the claimant whose check has not cleared the Trustee's bank account and which comprises the balance in the Trustee's account.

4. Attached hereto is estate check #1013 in the sum of $50.18, which the Trustee desires to deposit with the Clerk of this Court in accordance with Section 347 of Title 11 of the United States Code and Bankruptcy Rule 3011.

Dated: May 17, 2011
New York, New York

ROBERT L. GELTZER (RG 4656)
Chapter 7 Trustee

RE: 1ST ROCHDALE COOP GROUP LTD
CASE NO. 05-12086 (SCC)

## Schedule "A"

## UNDEPOSITED DIVIDEND CHECKS

DEPARTMENT OF THE TREASURY $50.18
INTERNAL REVENUE SERVICE
IRS INSOLVENCY GROUP 5
STOP 5TH FLOOR
290 BROADWAY
NEW YORK, NY 10007

TOTAL: **$50.18**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                          Chapter 7

1ST ROCHDALE COOP GROUP LTD,          Case No. 05-12086 (SCC)

                         Debtor.

**STATEMENT OF UNPAID
DISTRIBUTION CHECK(S)**

ROBERT L. GELTZER

CHAPTER 7 TRUSTEE

1556 Third Avenue
Suite 505
New York, New York 10128
(212) 410-0100